**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Vladimir Brunat and Dagmar Brunat, | No. CV-09-1796-PHX-FJM |
| Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| vs. | |
| Indymac Federal Bank F.S.B., Deutsche Bank National Trust Company, Quality Loan Service Corporation, | |
| Defendants. | |

Plaintiffs have filed an Application for Temporary Restraining Order (doc. 4) and a Memorandum of law and authority and an Affidavit. After hearing with notice and for reasons stated on the record under Rule 65(d)(1), Fed. R. Civ. P., and Rule 52(a)(2), Fed. R. Civ. P.,

1. IT IS HEREBY ORDERED that Defendants and their servicers, agents, assigns, employees, officers, attorneys, and representatives are HEREBY RESTRAINED AND ENJOINED from engaging in or performing any act to deprive Plaintiff of ownership and/or possession of the real property located at 30507 N. 164th St., Scottsdale, Arizona 85262 ("Property"), including but not limited to instituting, prosecuting, or maintaining foreclosure or sale proceedings on the Property, from recording any foreclosure instrument, deeds or mortgages regarding the Property or from otherwise taking any steps whatsoever to deprive Plaintiff of ownership and/or possession in the

1. Property, and in particular from proceeding with the sale of the Property scheduled for September 1, 2009.

2. This Temporary Restraining Order is effective immediately. As security pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, the deed of trust shall remain on the Property as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

3. IT IS FURTHER ORDERED that this Temporary Restraining Order shall be binding on the parties to this action and all other persons or entities who receive actual notice of this order.

4. IT IS FURTHER ORDERED scheduling a telephonic status conference on September 11, 2009 at 1:30 p.m.

DATED this 31st day of August, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge